UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| KEITH DAVID HOUSTON. | 3:14-cv-00687-MMD-VPC |
|---|---|
| Plaintiff, | |
| v. | **REPORT AND RECOMMENDATION** |
| | **OF U.S. MAGISTRATE JUDGE** |
| CITY OF CARSON, *et al.*, | |
| Defendants. | |

This Report and Recommendation is made to the Honorable Miranda M. Du, United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and LR IB 1-4. Before the court is plaintiff's motion for default judgment (#9) and defendants' motion to dismiss (#5). Upon screening the complaint, the court recommended dismissal of this action without prejudice, without leave to amend (#14). Accordingly, the court recommends that the motions be denied as moot.

**IT IS THEREFORE RECOMMENDED** that plaintiff's motion for default judgment (#9) be **DENIED AS MOOT**;

**IT IS FURTHER RECOMMENDED** that defendants' motion to dismiss (#5) be **DENIED AS MOOT**.

DATED: July 10, 2015

_____
UNITED STATES MAGISTRATE JUDGE